```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PRIMA CREATIONS, INC.,         :
                               :
          Plaintiff,           :   CIVIL ACTION
                               :
     v.                        :   NO. 11-CV-1649
                               :
SANTA'S BEST CRAFT, L.L.C.,    :
et al.,                        :
                               :
          Defendants.          :
```

**ORDER**

AND NOW, this  21st  day of July, 2011, upon consideration of Defendant's 12(b)(6) Motion to Dismiss in Part Count I of the Complaint (Doc. No. 10), Plaintiff's Response in Opposition Thereto (Doc. No. 11), and Defendant's Reply in Further Support Thereof (Doc. No. 12), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Defendant's Motion to Dismiss Count I of the Complaint is DENIED.

```
                              BY THE COURT:


                              /s/ J. Curtis Joyner
                              _____
                              J. CURTIS JOYNER, C.J.
```